IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PHILLIP H. WILLIAMS, III, and wife, SHANNON WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> GMRI, INC., and ECOLAB, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

NO. 1:10 CV-332

## CORPORATE-PARTY DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ecolab Inc. states as follows:

1. Ecolab has no parent corporation; and

2. No publicly held corporation owns more than ten percent of Ecolab Inc.'s stock.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: _____
Todd Presnell, TN BPR No. 017521
Zachary H. Greene, TN BPR No. 024451
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
Facsimile (423) 785-8480

*Attorneys for Defendant Ecolab Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by depositing the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to:

>Michael A. Wagner
>WAGNER, NELSON & WEEKS
>701 Market Street, Ste. 1418
>Chattanooga, TN 37402
>*Attorneys for Plaintiffs*

>Doug Dooley
>LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
>801 Broad Street
>Third Floor, Pioneer Building
>Chattanooga, TN 37402
>*Attorneys for Defendant GMRI, Inc.*

This 17th day of December 2010.

>MILLER & MARTIN PLLC
>
>By: _[signature]_