## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| PHILLIP H. WILLIAMS, III and wife<br>SHANNON WILLIAMS | ) <br> ) <br> ) | NO: 1:10-CV-332 |
| Plaintiffs | ) <br> ) | Judge Mattice |
| vs. | ) <br> ) | Magistrate Judge Carter |
| GMRI, INC. and ECOLAB, INC. | ) <br> ) | |
| Defendants | ) | |

## CORPORATE DISCLOSURE STATEMENT OF GMRI, INC.

Defendant, GMRI, Inc. through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following Corporate Disclosure Statement:

1. GMRI, Inc. is a wholly owned subsidiary of Darden Restaurants, Inc.

2. GMRI, Inc. is doing business as Olive Garden No. 1104.

3. Darden Restaurants, Inc. is a publicly traded company.

4. There are no corporations that own 10% or more of Darden's stock.

          Respectfully submitted,

          LEITNER, WILLIAMS, DOOLEY
           & NAPOLITAN, PLLC

          By:  s/ C. Douglas Dooley
               C. DOUGLAS DOOLEY BPR 12962
               BRUCE D. GILL BPR 21487
               Attorneys for Defendant GMRI, Inc.
               3rd Floor 801 Broad St
               Chattanooga, TN 37402
               (423) 265-0214
               (423) 266-5490

## CERTIFICATE OF SERVICE

I certify that the foregoing Corporate Disclosure Statement of Darden Restaurants, Inc. and GMRI, Inc. d/b/a Olive Garden No. 1104 has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile or hand delivery. Parties may access this filing through the Court's electronic filing system

This 27th day of December, 2010.

        LEITNER, WILLIAMS, DOOLEY & NAPOLITAN PLLC

        By: s/ Bruce D. Gill